The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUDITH C. WOLF,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>PACIFIC PIER INC.,<br><br>　　　　Garnishee. | NO.  2:02-MC-62-TSZ<br><br>(CR97-398)<br><br>**Order Terminating Garnishment Proceeding** |

The motion of the United States to terminate this garnishment proceeding, docket no. 7, is GRANTED.  For the reasons stated in the motion, this garnishment is terminated pursuant to 28 U.S.C. § 3205(c)(10)(A), and Pacific Pier Inc. is relieved of further responsibility in connection with this garnishment.

DATED this 28th day of January, 2022.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

1
2
3   Presented by:
4   s/ Kyle A. Forsyth
    KYLE A. FORSYTH, WSBA # 34609
5   Assistant United States Attorney
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28